United States District Court
Southern District of Texas
**ENTERED**
September 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAIRO ALEJANDRO ESCOBEDO-JASSO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-820 |
| | § | |
| TODD M. LYONS, *et al.*, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Lizeth Gamboa Mendez filed a Petition for Writ of Habeas Corpus (Doc. 1) as next friend on behalf of her husband, Petitioner Jairo Alejandro Escobedo-Jasso.

In August 2026, based on the record and the applicable law, the Magistrate Judge issued a Report and Recommendation recommending that the Court dismiss the Petition for Writ of Habeas Corpus (Doc. 1). (R&R, Doc. 13) No party filed objections to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 13). It is:

**ORDERED** that Petitioner Jairo Alejandro Escobedo-Jasso's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE**.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on September 14, 2026.

Fernando Rodriguez, Jr.
United States District Judge